

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER**, as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.;
Carlos Y. Benavides, III; Rancho Viejo Cattle Company, Ltd.; Benavides Management, LLC;
and Linda Cristina Alexander and Guillermo Benavides, as Managers of Benavides
Management, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Beth Watkins, Justice

Appellant's motion for rehearing was originally due on November 18, 2021. On November 18, 2021, appellant filed an unopposed motion requesting an extension of time to file the motion for rehearing until December 2, 2021. After consideration, we **GRANT** appellant's motion and **ORDER** her to file her motion for rehearing by December 2, 2021.

It is so **ORDERED** November 19, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT